# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Francisco Saul Valdez-Herrera, | NO. CV-18-00384-TUC-RM |
| Petitioner, | CR-17-01742-TUC-RM(LCK) |
| v. | **JUDGMENT** |
| USA, | |
| Respondent. | |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that in accordance with the Court's Order filed August 14, 2018, movant's motion pursuant to 28 U.S.C. 2255 to vacate, set aside or correct a sentence is denied and the civil action opened in connection is hereby dismissed.

Brian D. Karth
District Court Executive/Clerk of Court

August 14, 2018

By   s/ B Cortez
     Deputy Clerk